**Order issued May 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-00526-CR
_____

**CLINTON EUGENE WHITFIELD, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the December 23, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Clinton Eugene Whitfield, TDCJ No. 1924964, Bradshaw State Jail, P. O. Box 9000, Henderson, Texas, 75653.

/Molly Francis/
_____
MOLLY FRANCIS
JUSTICE